FILED'08 OCT 10 13:42 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LOUISE G. AERHART,            )
                              )
        Plaintiff,            )
                              )  Civil No. 07-1774-TC
    v.                        )
                              )  ORDER
MICHAEL J. ASTRUE,            )
Commissioner of Social Security)
                              )
        Defendant.            )
_____)

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on September 18, 2008. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1    - ORDER

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. The Commissioner's decision is reversed and remanded for an award of benefits pursuant to sentence four of 42 U.S.C. §405(g).

DATED this _____10th_____ day of October, 2008.

_____
United States District Judge

2    - ORDER