UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

LOUISE G. AERHART,

       **Plaintiff,**

  v.           Civil No. 07-1774-TC

COMMISSIONER, SOCIAL
 SECURITY ADMINISTRATION,

       **Defendant.**

## JUDGMENT

The decision of defendant Commissioner is reversed and remanded for an award of benefits pursuant to sentence four of 42 USC 405(g).

Dated: October 14, 2008.

MICHAEL R. HOGAN
US DISTRICT COURT JUDGE

**JUDGMENT**